AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUAN CARLOS RAUDALES | DOCKET NO.<br><br>JAN 16 2018<br><br>MAGISTRATE'S CASE NO.<br>MJ18-0096 |

Complaint for violation of Title 18, United States Code, Section 1073

| NAME OF MAGISTRATE JUDGE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>December 9, 2017 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1073]

On or about December 9, 2017, in Los Angeles County, within the Central District of California, defendant JUAN CARLOS RAUDALES ("defendant") did willfully, knowingly, and unlawfully travel in interstate commerce from the State of California to Wisconsin, with the intent to avoid prosecution for the crimes of Murder, in violation of California Penal Code Section 187, and Attempted Murder, in violation of California Penal Code Sections 664 and 187, both felonies in the State of California, for which defendant was charged in arrest warrant number LASPA09019801, issued by the Superior Court of the State of California, County of Los Angeles, on or about January 10, 2018, in violation of Title 18, United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Scott F. Garriola**  /S/ |
|---|---|
| | OFFICIAL TITLE<br>Special Agent – Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE<br>PAUL L. ABRAMS | DATE<br>January 16, 2018 |
|---|---|

SAUSA Kyle J. Ryan   REC: Arrest Warrant/Detention

KR

**AFFIDAVIT**

I, Scott F. Garriola, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for JUAN CARLOS RAUDALES ("RAUDALES") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

2. The information contained herein is based on my participation in this investigation and my training and experience, as well as my conversations with other law enforcement officers and my review of various law enforcement documents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF SPECIAL AGENT SCOTT F. GARRIOLA

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for over 29 years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for over 21 years. I have extensive experience in conducting fugitive investigations. In that capacity, I have conducted thousands of fugitive investigations, have personally executed over a thousand fugitive arrests, and have been responsible for the arrests of

several hundred more fugitives across the United States and abroad.

### III. STATEMENT OF PROBABLE CAUSE

4. The information set forth in this affidavit is based upon my participation in the fugitive investigation, including my personal knowledge, observations and experience, as well as information obtained from my review of investigative reports, interviews, and debriefings with other participating law enforcement agents and officers.

5. On or about January 8, 2018, I spoke with LAPD Detective James Fillmore, Valley Bureau Homicide Division. Based on that conversation, I know the following:

6. On or about December 5 and 6, 2017, RAUDALES and other unidentified targets shot and killed two people and shot and wounded two people in three separate incidents in the San Fernando Valley. The shootings are part of an ongoing gang war among rival Hispanic street gangs in the San Fernando Valley. From their investigation, LAPD was able to identify RAUDALES as one of the shooters.

7. During the investigation, LAPD Detectives reviewed a social media account owned by RAUDALES. In private messages on that account, RAUDALES sent his cellular telephone number and told a friend to call him on that number. From a review of RAUDALES' cellular telephone cellular sites, LAPD was able to place RAUDALES at the scene of all three shootings.

8. Detective Fillmore and I further reviewed the cellular site history of RAUDALES' cellular telephone after the

shootings. The last call made on that cellular telephone from the Los Angeles area was on the evening of December 9, 2017. After that date, the cellular telephone arrives in South Milwaukee, Wisconsin on the evening of December 12, 2017. Based on the time and route of travel, I believe that RAUDALES may have traveled by bus from California to Milwaukee.

9. I also reviewed cellular text message content from RAUDALES' cellular telephone. I saw text messages between RAUDALES and others asking about RAUDALES' arrival in South Milwaukee. From my investigation and the investigation of the FBI Milwaukee office, I know that RAUDALES has been in contact with immediate family members in the South Milwaukee area.

10. In the weeks since the murders, Detective Fillmore, other detectives, FBI agents, and I have searched for RAUDALES at all of his known addresses in the Los Angeles area, but we have been unable to locate him.

11. Detective Fillmore told me that, on or about January 10, 2018, warrant number LASPA09019801 was issued by the Superior Court of the State of California, County of Los Angeles, charging RAUDALES with two counts of Murder, a felony, in violation of California Penal Code Section 187, and one count of Attempted Murder in violation of California Penal Code Sections 664 and 187.

12. Detective Fillmore also told me that the Los Angeles County District Attorney's Office ("LACDA") agreed to seek RAUDALES extradition back to Los Angeles. On or about January 11, 2018, the LACDA officially requested the assistance of the

3

FBI in apprehending and returning RAUDALES to the Los Angeles area.

13. Based on my training and experience, I believe that RAUDALES decision to travel from Los Angeles to South Milwaukee, Wisconsin three days after he committed two murders and his decision to remain in Wisconsin for over a month, shows RAUDALES' intention to flee from prosecution in Los Angeles.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that JUAN CARLOS RAUDALES has moved or traveled in interstate and foreign commerce with the intent to avoid prosecution under the laws of the State of California, the place from which he fled, for a crime that is a felony under the laws of the State of California, in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

/S/
_____
Scott F. Garriola, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before
me this 16th day of January 2018

PAUL L. ABRAMS
_____
UNITED STATES MAGISTRATE JUDGE

4